**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7132**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

DAMIAN ANTONIO MURPHY,

                    Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.   James P. Jones, District Judge.  (1:06-cr-00062-JPJ-1)

Submitted:  September 11, 2012      Decided:  September 14, 2012

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Damian Antonio Murphy, Appellant Pro Se. Jennifer R. Bockhorst, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Damian Antonio Murphy appeals the district court's order denying his motion for the return of seized property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Murphy, No. 1:06-cr-00062-JPJ-1 (W.D. Va. June 11, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED